**Dismissed and Memorandum Opinion filed July 9, 2019.**



In The

# Fourteenth Court of Appeals

NO. 14-19-00430-CR
NO. 14-19-00431-CR

**KADERIYOUS R. DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1596309 & 1595789**

## MEMORANDUM OPINION

Appellant entered a guilty plea to assault of a family or household member with a previous conviction and aggravated robbery. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for ten years in each case in the Institutional Division of the Texas Department of Criminal Justice. The trial court ordered the sentences to run concurrently. We dismiss the appeals.

The trial court entered certifications of the defendant's right to appeal in which the court certified that these are plea bargain cases, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certifications are included in the records on appeal. *See* Tex. R. App. P. 25.2(d). The records support the trial court's certifications. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.
Do Not Publish — Tex. R. App. P. 47.2(b)